UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Chris Vanosdall, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Fibercare, Inc.,<br><br>　　　　Defendant. | Civil File No. 17-cv-1219 (PAM/KMM)<br><br>**JOINT MOTION FOR APPROVAL OF SETTLEMENT** |

Plaintiffs and Defendant, by and through their undersigned counsel, respectfully move the Court for an Order granting the Parties' Joint Motion for Approval of Settlement. Specifically, the Parties request that the Court: (1) approve the proposed settlement as a fair, reasonable, and adequate resolution of a bona fide dispute; (2) approve the terms and distribution of payment set forth in the Parties' Settlement Agreement; (3) award Plaintiffs' requested attorneys' fees in the amount of $90,000; (4) award Plaintiffs' counsel its out-of-pocket costs in the amount of $3,767.78; (5) approve Plaintiffs' request for a $3,000.00 service award to the Named Plaintiff Chris Vanosdall and a $750.00 service awards for Plaintiffs Wendy Robinson and Thomas Clark; (6) dismiss this case with prejudice; and (7) retain continuing jurisdiction over this matter for the purposes of resolving issues related to administration, implementation, and enforcement of the settlement agreement.

Dated: April 17, 2018

| **TARSHISH CODY, PLC** | **FORDHARRISON LLP** |
|---|---|
| /s/ Scott Cody | /s/ Alec J. Beck |
| Scott Cody (#392137) | Alec J. Beck (#201133) |
| 6337 Penn Avenue South | Charles A. Roach (#266279) |
| Richfield, MN 55423 | 150 South Fifth Street, Suite 3460 |
| Telephone: (952) 361-5556 | Minneapolis, MN 55402 |
| Facsimile: (952) 361-5559 | Telephone:   612.486.1700 |
| scody@attorneysinmn.com | Facsimile:   612.486.1701 |
|  | E-Mail: abeck@fordharrison.com |
| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEYS FOR DEFENDANT** |