# UNITED STATES DISTRICT COURT
## District of Minnesota

Chris Vanosdall, *individually and on behalf of all others similarly situated*,

        Plaintiff,

v.

Fibercare, Inc.,

        Defendant,

**JUDGMENT IN A CIVIL CASE**

Case Number:   17-cv-1219 PAM/KMM

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Joint Motion for Approval of Settlement (Docket No. 76) is **GRANTED**;

2. The Settlement Agreement is **APPROVED**; and

3. This matter is **DISMISSED with prejudice**, without costs, fees, or disbursements to any party except as set forth in the Settlement Agreement.

Date: 5/10/2018

KATE M. FOGARTY, CLERK

s/Amy Halverson
(By)   Amy Halverson, Deputy Clerk